Filed 7/12/12 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

2012 ND 130

Jacqualine K. Toppen, Petitioner and Appellee

v.

Neil O. Toppen, Respondent and Appellant

No. 20120072

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Susan J. Solheim, Judicial Referee.

AFFIRMED.

Per Curiam.

Cynthia G. Schaar (on brief), Special Assistant Attorney General, P.O. Box 427, Jamestown, N.D. 58402-0427, for petitioner and appellee.

Neil O. Toppen (on brief), self-represented, 2521 Circle Drive, Jamestown, ND 58401, respondent and appellant.

Toppen v. Toppen

No. 20120072

Per Curiam.

[¶1] Neil Toppen appeals from a district court order affirming an administrative enforcement action placing a lien on his personal property held by the North Dakota Department of Corrections and Rehabilitation.  We summarily affirm under N.D.R.App.P. 35.1(a)(7).  
See
 
Parizek v. Parizek
, 2012 ND 103.

[¶2] Gerald W. VandeWalle, C.J.

Dale V. Sandstrom

Daniel J. Crothers

Mary Muehlen Maring

Carol Ronning Kapsner